**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Abelardo Gomez Mendez,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-06650-PHX-AMM

**ORDER**

On September 17, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention, arguing he was arrested without a warrant or any ability to contest his detention. (Doc. 1.) Pursuant to General Order 26-09, the Court served the Petition on Respondents and ordered Respondents to respond to the Petition within seven days. (Docs. 3–4.) Respondents' deadline was September 25, 2026. As of the date of this Order, Respondents have not filed a response.

Because Respondents failed to provide any justification for Petitioner's redetention, the Court finds the defense waived. *See N-E-M-B v. Wamsley*, CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir.

2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.)

**IT IS FURTHER ORDERED** that Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 4th day of November, 2026.

Honorable Angela M. Martinez
United States District Judge